**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Luis Manuel SAYAS–MONTOYA, Defendant–Appellant.**

**United States of America, Plaintiff–Appellee,**

v.

**Luis Manuel Sayas, Defendant–Appellant.**

**Nos. 04–40183, 04–40213. Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

Decided Dec. 17, 2004.

James Lee Turner, Assistant U.S. Attorney, Katherine L Haden, Assistant U.S. Attorney, Houston, TX, for Plaintiff–Appellee.

Reynaldo Santos Cantu, Jr., Marjorie A. Meyers, Federal Public Defender, Laura Fletcher Leavitt, Assistant Federal Public Defender, Houston, TX, for Defendant–Appellant.

Before KING, Chief Judge, and DeMOSS and CLEMENT, Circuit Judges.

PER CURIAM: *

Luis Manuel Sayas–Montoya appeals from his guilty-plea conviction for illegal reentry after deportation as well as from the revocation of supervised release relat-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

ing to a prior conviction for possession of marijuana with intent to distribute. He argues that the "felony" and "aggravated felony" provisions of 8 U.S.C. § 1326(b)(1) and (2) are unconstitutional in light of the Court's decision in *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), and that his sentence is improper under *Blakely v. Washington*, — U.S. ——, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004). These arguments are, as he concedes, foreclosed. *See Almendarez-Torres v. United States*, 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998); *United States v. Pineiro*, 377 F.3d 464, 465–66 (5th Cir.2004), *petition for cert. filed* (U.S. July 14, 2004) (No. 04–5263); *United States v. Dabeit*, 231 F.3d 979, 984 (5th Cir.2000). The judgments of the district court are AFFIRMED.